```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2748
```



FILED

APR 14 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Cr. No. S-09-0135 FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| | ) PROTECTIVE ORDER RE: |
| v. | ) DISSEMINATION OF DISCOVERY |
| | ) DOCUMENTS CONTAINING PERSONALLY |
| KEVIN JAMES ZYDONIS, and | ) IDENTIFYING INFORMATION |
| RONALD BRADFORD LIPMAN; | ) |
| Defendants. | ) |

   IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Russell L. Carlberg, Assistant U.S. Attorney, representing plaintiff United States of America, and Lexi Negin, Assistant Federal Defender, attorney for defendant Kevin James Zydonis, that the documents provided as discovery in this case to defense counsel are subject to a Protective Order.  Defendants are charged with theft of government property.  The government represents that the conduct involves identity theft, even though, at present, aggravated identity theft has not been charged.  The parties agree that discovery in this case contains "Protected

1

Information," which is defined here as including victim names, social security numbers, driver license numbers, biometric data, dates of birth, addresses, bank account numbers, employment history, telephone numbers, and email addresses. The parties agree that the volume of discovery in this case is substantial and it would not be practical to redact all Protected Information.

By signing this Stipulation and Protective Order, defense counsel agrees not to share any documents that contain Protected Information with anyone other than defense counsel and her designated defense investigators and support staff. Defense counsel may permit the defendant to view the documents in the presence of his attorney or defense investigators, so long as defense counsel and the defense investigators do not allow the defendant to copy Protected Information contained in the discovery, and defense counsel and the defense investigators do not allow the defendant to retain copies of these records.

In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold documents containing Protected Information from new counsel unless and until substituted counsel agrees also to be bound by this order.

DATE: April 13, 2009

*/s/ Lexi Negin*
LEXI NEGIN
Attorney for KEVIN JAMES ZYDONIS

DATE: April 13, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By: */s/ Russell L. Carlberg*
RUSSELL L. CARLBERG
Assistant U.S. Attorney

2

[PROPOSED] ORDER

For good cause shown, the stipulation of counsel in criminal case no. S-09-0135 FCD concerning Protected Information is approved and

**IT IS SO ORDERED:**

DATED: 4/13/09

_____
DALE A. DROZD
U.S. Magistrate Judge